1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                       DISTRICT OF NEVADA
7
8   IN RE:                          )
                                    )        Case No.: 2:09-cv-00154-KJD-RJJ
9                                   )
                                    )
10  Letter Rogatory Issued by       )
    District Court of Nowy Sacz, Poland )
11  _____ )
12
13                              **ORDER**
14
15      The Court having reviewed the Application for Appointment of Substitute Commissioner
16  filed in this matter and being fully advised in the premises,
17      IT IS HEREBY ORDERED that Carlos A. Gonzalez is appointed Commissioner in this
18  matter in substitution of Mr. Robert R. Edelman and may undertake the actions necessary to
19  effectuate the answering and execution of the Letter Rogatory issued by the District Court of
20  Nowy Sacz, Poland, on November 23, 2007, in accordance with 28 U.S.C. § 1782 and the
21  Federal Rules of Civil Procedure.
22
23                                          _____
                                            UNITED STATES DISTRICT JUDGE
24
25                                          DATED  8/25/11
26